1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  Linda Harter, Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   ANDREA S. MOON
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6

7
   Attorney for Defendant
8  SHIRLEY ANN WESTBROOKS

9

10
                   IN THE UNITED STATES DISTRICT COURT
11
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13

14
   UNITED STATES OF AMERICA,      ) Case No. 2:11-cr-0430 DAD
15                                )
              Plaintiff,          )
16                                ) STIPULATION AND ORDER TO VACATE
       v.                         ) AND RESET TRIAL CONFIRMATION AND
17                                ) JURY TRIAL DATES
   SHIRLEY ANN WESTBROOKS,        )
18                                )
              Defendant.          ) Date:  January 17, 2012
19                                )        February 13, 2012
   _____) Time:  10:00 a.m.
20                                  Judge: Hon. Dale A. Drozd

21

22

23 The United States of America, through Christopher Hales, Special

24 Assistant United States Attorney, together with defendant, Shirley Ann

25 Westbrooks, by counsel Linda Harter, Chief Assistant Federal Defender,

26 stipulate to vacate the trial confirmation hearing set for December 27,

27 2011 at 10:00 am and the jury trial set for January 9, 2012 at 10:00 am

28 and reset the trial confirmation hearing for January 17, 2012 at 10:00

am, and the jury trial for February 13, 2012 at 10:00 am.  Certified law student Andrea Moon, assisting in the representation of the defendant, Shirley Ann Westbrooks, has a pre-paid vacation out of the Sacramento area during the holiday season.  Ms. Westbrooks has been made aware, and is in agreement, with the proposed dates.  Time is to be excluded under local rule T4 as the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.  A continuance of both dates is also appropriate for the benefit of the defendant's continuity of counsel under §3161(h)(7)(B)(iv) of the United States Code Annotated.

Dated:  November 28, 2011

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender


/s/ Linda Harter
LINDA HARTER
Assistant Federal Defender
Attorney for Defendant
SHIRLEY ANN WESTBROOKS


Dated: November 28, 2011                BENJAMIN B. WAGNER
                                        United States Attorney


/s/ Christopher Hales
Christopher Hales
Special Assistant U.S. Attorney

ORDER

IT IS SO ORDERED.

DATED: November 28, 2011.

dad1.crim
westbrooks0430.stipord.contdates

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER   -2-